IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JERRY KEENAN,<br>   *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | NO.   PE:25-CV-00019 |
| CAPITAL ONE, N.A., EQUIFAX<br>INFORMATION SERVICES, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>TRANSUNION, LLC,<br>   *Defendants.* | §<br>§<br>§<br>§<br>§ | |

## ORDER

BEFORE THE COURT is the Notice of Settlement as to Defendants Capital One, N.A., and TransUnion, LLC (Docs. 11 and 16), informing the Court that the parties have reached a settlement in principle that resolves all claims asserted in this lawsuit. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated as to Defendants Capital One, N.A., and TransUnion, LLC. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this July 22, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE